# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1466
_____

KENNETH WAYNE TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Christopher N. Patterson, Judge.

July 18, 2019


PER CURIAM.

DISMISSED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Kenneth Wayne Taylor, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.